BONNIE CHAVEZ (S.B.N. 198124)
bchavez@sag.org
COUNSEL
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6623
Facsimile: (323) 549-6624

Attorney for Petitioner
Screen Actors Guild, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>　　　　　Petitioner,<br>v.<br><br>COLORS OF RAGE, INC. and DALE ANTHONY RESTEGHINI,<br><br>　　　　　Respondents. | Case No.: CV09 - 01166 VBF (CWx)<br><br>JUDGMENT CONFIRMING ARBITRATION AWARD<br><br>DATE: March 30, 2009<br>TIME: 1:30 p.m.<br>COURTROOM: Spring St, 9<br>JUDGE: Valerie Baker Fairbank |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. ("SAG") was considered by the Court.

///

///

///

///

///

///

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this proceeding as follows:

1. The arbitration award in SAG Case No. 2002-0043, dated March 5, 2005, and executed by Arbitrator Sara Adler is confirmed in all respects.

2. COLORS OF RAGE, INC. and DALE ANTHONY RESTEGHINI, jointly and severally, are ordered to pay as follows:

    (a)    To SAG on behalf of affected performers, the sum of $29,666.34;

    (b)    To SAG as and for SAG's attorney's fees incurred in this action, the sum of $2,400.00; and

    (c)    To SAG as and for SAG's costs incurred in this action, the sum of $600.00.

3. COLORS OF RAGE, INC. jointly and severally with Distributor, is ordered to pay SAG $15,000.00.

4. SAG is hereby granted an assignment of COLOR OF RAGE, INC.'s accounts receivable from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "*Colors of Rage*" aka "*Colorz of Rage*" until the amounts due are paid in full.

Dated: March 31, 2009

*Valerie Baker Fairbank* (signature)

Valerie Baker Fairbank
U.S. District Judge